```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parnell D. Vaughn,

                Plaintiff,

-against-

Metropolitan Transit Authority et al.,

                Defendants.

1:22-cv-03221 (LTS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Discovery in this action currently is stayed until the Court resolves the pending motion to dismiss the Third Amended Complaint. (*See* 12/18/23 Order, ECF No. 51.) Now before the Court is a motion by Plaintiff to extend the stay of discovery until he, or an attorney appearing on his behalf, requests to lift it. (*See* Pl.'s 12/10/24 Motion, ECF No. 74, at 1.) Plaintiff states that the reason for the request is to give him time to have an attorney enter the case on his behalf and to determine how to file new claims against new defendants that he seeks to join to this action. (*Id*. at 2.) Plaintiff further states that Defendants object on the ground that his request is premature. (*Id*.)

      The Court agrees with Defendants that Plaintiff's motion is premature. As noted above, discovery in this action is stayed until the pending motion to dismiss is decided. In the interim, nothing prevents Plaintiff from seeking to obtain an attorney and/or taking appropriate procedural steps with respect to new claims or defendants. The Court cannot provide legal advice to Plaintiff on how best to do so. Plaintiff is reminded that there are resources available to *pro se* parties, including the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center, which provides free, limited-scope legal services to self-represented litigants. Further

information about the clinic is available on the Court's website at https://nysd.uscourts.gov/attorney/legal-assistance.

Accordingly, Plaintiff's motion is DENIED WITHOUT PREJUDICE. At such time that the current stay is lifted, if Plaintiff believes that a further stay of discovery is warranted, he may renew his motion.

**SO ORDERED.**

Dated:    New York, New York
          December 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge